1

2

3

4                          **UNITED STATES DISTRICT COURT**

5                                **DISTRICT OF NEVADA**

6

7   ROY TSUYA, individually and as Special              )
    Administrator of the ESTATE OF WUTA                 )
8   TSUYA, deceased,                                     )
                                                         )
9                       Plaintiffs,                      )     Case No.  2:09-cv-02389-KJD-GWF
                                                         )
10  vs.                                                  )     **ORDER**
                                                         )
11  THOMAS KEEGAN and KBRW WEST COAST,                   )
                                                         )
12                      Defendants.                      )
    _____          )

13

14          This matter is before the Court on Defendant KBRW West Coast's Stipulation for

15  Substitution of Counsel (#28), filed April 20, 2011.  Upon review and consideration,

16          **IT IS HEREBY ORDERED** that Vicki L. Driscoll, Esq. and Debra M. Turner, Esq. are

17  **withdrawn** as counsel for Defendant KBRW West Coast.  David Barron, Esq. Chelsea P.

18  Pyasetskyy, Esq. of Barron & Pruitt, LLP are **substituted** as counsel of record for Defendant

19  KBRW West Coast.

20          DATED this 22nd day of April, 2011.

21

22                                          _____
                                            GEORGE FOLEY, JR.
23                                          United States Magistrate Judge

24

25

26

27

28